# Notice Recipients

| | | |
|---|---|---|
| District/Off: 0971−3 | User: admin | Date Created: 09/07/2023 |
| Case: 23−30609 | Form ID: 13PP23 | Total: 2 |

**Recipients of Notice of Electronic Filing:**
tr      David Burchard      TESTECF@burchardtrustee.com

                                                                                                                                                                                              TOTAL: 1

**Recipients submitted to the BNC (Bankruptcy Noticing Center):**
db      Kedra Renee Rhodes−Sumler      1511 Sycamore Ave.      STE M178      Hercules, CA 94547

                                                                                                                                                                                              TOTAL: 1