*/s/Dane Exnowski*, SBN 281996
McCalla Raymer Leibert Pierce, LLP
301 E. Ocean Boulevard, Suite 1720
Long Beach, CA 90802
Telephone: 562-661-5060
Dane.Exnowski@mccalla.com

Attorney for Secured Creditor

# UNITED STATES BANKRUPTCY COURT

## NORTHERN DISTRICT OF CALIFORNIA – SAN FRANCISCO DIVISION

| In re:<br><br>Kedra Renee Rhodes-Sumler,<br><br><br><br><br><br><br><br><br><br><br><br><br>Debtor. | CASE NO.: 23-30609<br><br>CHAPTER: 13<br><br>**OBJECTION TO CONFIRMATION OF CHAPTER 13 PLAN**<br><br>Confirmation Hearing:<br><br>Date: 11/15/2023<br>Time: 10:00 a.m.<br>Place: via Tele/Videoconference - www.canb.uscourts.gov/calendars |
|---|---|

**TO THE HONORABLE DENNIS MONTALI, UNITED STATES BANKRUPTCY COURT JUDGE, THE DEBTOR, THE TRUSTEE, AND OTHER INTERESTED PARTIES:**

     Nationstar Mortgage LLC ("Secured Creditor") hereby objects to the confirmation of the Debtor's Chapter 13 Plan in the above-captioned matter. Secured Creditor objects to the Debtor's Chapter 13 Plan on the following grounds:

OBJECTION TO CONFIRMATION     1     ObjPlan_CA_V01

Case: 23-30609    Doc# 20    Filed: 10/03/23    Entered: 10/03/23 12:28:04    Page 1 of 2

1. **Secured Creditor's claim relating to the Property.** Secured Creditor's claim is secured by the real property commonly known as 108 Marsala Ct, Hercules, CA 94547 (the "Property"). At the time of the bankruptcy petition filing, Secured Creditor's claim was in the approximate amount of $385,209.95, including arrearage in the approximate amount of $37,864.52. The Debtor is the borrower of record with respect to Secured Creditor's loan and the trustor under the respective deed of trust. However, the Debtor did not schedule the Property or the claim.

2. **Objection.** Due to the claim having arrears, Secured Creditor would request that the Debtor either treat the claim (assuming Debtor still asserts an ownership interest in the Property) or surrender the claim so it is clear that the claim will not be a part of Debtor's reorganization.

**WHEREFORE**, Secured Creditor respectfully requests that:

1. Confirmation of Debtor's Chapter 13 Plan be denied; or, in the alternative,

2. Debtor's Plan be amended in accordance with this Objection.

3. For other such relief as the Court deems just and proper.

Dated: October 3, 2023

Respectfully Submitted,

McCalla Raymer Leibert Pierce, LLP

By: /s/Dane Exnowski

Dane Exnowski

Attorney for Secured Creditor

OBJECTION TO CONFIRMATION         2         ObjPlan_CA_V01

Case: 23-30609   Doc# 20   Filed: 10/03/23   Entered: 10/03/23 12:28:04   Page 2 of 2